No. 78–251. WRIGHT v. INDIANA. Sup. Ct. Ind. Certiorari denied.

No. 78–252. FEDERAL REALTY ESTATES CO., NOW KNOWN AS TIMBERS DEVELOPMENT CO. v. CITY OF CHICAGO ET AL. C. A. 7th Cir. Certiorari denied.

No. 78–255. SUTHERLAND MARINE CO. v. PENN CENTRAL TRANSPORTATION CO. ET AL. C. A. 3d Cir. Certiorari denied.

No. 78–256. FLAIM v. ILLINOIS. Ct. Cl. of Ill. Certiorari denied.

No. 78–261. INDEPENDENT INVESTOR PROTECTIVE LEAGUE ET AL. v. TOUCHE ROSS & CO. C. A. 2d Cir. Certiorari denied.

No. 78–269. MILGO ELECTRONIC CORP. ET AL. v. WESTERN ELECTRIC CO., INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 78–285. IVIMEY v. BOURQUE, DBA DICK'S AUTO BODY. C. A. 1st Cir. Certiorari denied.

No. 78–286. FRAZIER v. KENTUCKY. Ct. App. Ky. Certiorari denied.

No. 78–366. FRIED v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 78–368. GLORIOSO ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 78–371. BERNSTEIN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 78–387. HOOPER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.